UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 01 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HARWINDER SING-GREWAL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>　　　　　Respondent. | No. 12-73415<br><br>Agency No. A089-474-561<br>Board of Immigration Appeals<br><br>**ORDER** |

A review of the docket reflects that petitioner has not paid the docketing and filing fees for this petition. Within 21 days from the date of this order, petitioner shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $450 to this court as the docketing and filing fees for this petition; or (3) otherwise show cause why the petition should not be dismissed for failure to prosecute.

If petitioner fails to comply with this order, this petition will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　Dru E. Van Dam
　　　　　　　　　　　　　　　　　　Deputy Clerk