FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 09 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HARWINDER SING-GREWAL,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 12-73415<br><br>Agency No. A089-474-561<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

Respondent has filed a statement of non-opposition to the motion to stay removal pending review. Pursuant to Ninth Circuit General Order 6.4(c), the temporary stay of removal continues in effect until issuance of the mandate or further order of the court.

The certified administrative record has been filed. The opening brief is due April 9, 2013; the answering brief is due June 10, 2013; and the optional reply brief is due within 14 days after service of the answering brief.

MT/MOATT